**MCGINNIS LOCHRIDGE**

Derek Seal
dseal@mcginnislaw.com
(512) 495-6175  o
(512) 505-6375  f

ACCEPTED
15-24-00036-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/7/2025 4:53 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/7/2025 4:53:23 PM
CHRISTOPHER A. PRINE
Clerk

January 7, 2025

**VIA E-FILE**

Christopher A. Prine, Clerk
Fifteenth Court of Appeals
William P. Clements Building
300 W. 15th Street, Suite 607
Austin, Texas 78701

Re:     Case No. 15-24-00036-CV; *Texas Commission on Environmental Quality and Max Midstream, LLC v. San Antonio Bay Estuarine Waterkeeper, Texas Campaign for the Environment, and S. Diane Wilson*

Dear Mr. Prine:

Please let this letter serve as notice that the undersigned, Derek Seal, will argue on behalf of Appellant Max Midstream, LLC, which will divide time with Appellant Texas Commission on Environmental Quality.  Appellant Texas Commission on Environmental Quality will use a portion of Appellants' time for rebuttal.

Sincerely,

Derek Seal
Partner

DLS

cc:     All Parties of Record

1111 W. 6th St., Bldg. B, Ste. 400, Austin, TX 78703 | 512 495-6000 | mcginnislaw.com

3883276.v1

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kim McBride on behalf of Derek Seal
Bar No. 797404
kmcbride@mcginnislaw.com
Envelope ID: 95960789
Filing Code Description: Letter
Filing Description: Letter
Status as of 1/7/2025 5:04 PM CST

Associated Case Party: Calhoun Port Authority

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michael Woodward | 21979300 | mwoodward@hslawmail.com | 1/7/2025 4:53:23 PM | SENT |
| Barton Hejny | 24082231 | bhejny@hslawmail.com | 1/7/2025 4:53:23 PM | SENT |
| Petrus J.Wassdorf | | pwassdorf@hslawmail.com | 1/7/2025 4:53:23 PM | SENT |
| Alan Sanders | | alan.sanders@dinsmore.com | 1/7/2025 4:53:23 PM | SENT |

Associated Case Party: Texas Oil & Gas Association

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Samia Broadaway | 24088322 | samia.broadaway@bakerbotts.com | 1/7/2025 4:53:23 PM | SENT |
| Beau Carter | | beau.carter@bakerbotts.com | 1/7/2025 4:53:23 PM | SENT |

Associated Case Party: Max Midstream, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Derek  Seal | | dseal@mcginnislaw.com | 1/7/2025 4:53:23 PM | SENT |
| Jordan  Mullins | | jmullins@mcginnislaw.com | 1/7/2025 4:53:23 PM | SENT |
| April Lucas | | alucas@mcginnislaw.com | 1/7/2025 4:53:23 PM | SENT |
| Kim McBride | | kmcbride@mcginnislaw.com | 1/7/2025 4:53:23 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Colton Halter | | colton.halter@oag.texas.gov | 1/7/2025 4:53:23 PM | SENT |
| Debbie Trevino | | debbie.trevino@dinsmore.com | 1/7/2025 4:53:23 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kim McBride on behalf of Derek Seal
Bar No. 797404
kmcbride@mcginnislaw.com
Envelope ID: 95960789
Filing Code Description: Letter
Filing Description: Letter
Status as of 1/7/2025 5:04 PM CST

Associated Case Party: Texas Commission on Environmental Quality

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Erin Snody | | erin.snody@oag.texas.gov | 1/7/2025 4:53:23 PM | SENT |
| Annalisa Guartuche | | annalisa.guartuche@oag.texas.gov | 1/7/2025 4:53:23 PM | SENT |
| Sara Ferris | | sara.ferris@oag.texas.gov | 1/7/2025 4:53:23 PM | SENT |
| David Laurent | | david.laurent@oag.texas.gov | 1/7/2025 4:53:23 PM | SENT |

Associated Case Party: San Antonio Bay Estuarine Waterkeeper

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Erin Gaines | | egaines@earthjustice.org | 1/7/2025 4:53:23 PM | SENT |
| Michelle Carlos | | mcarlos@earthjustice.org | 1/7/2025 4:53:23 PM | SENT |
| Claire Huebler | | chuebler@earthjustice.org | 1/7/2025 4:53:23 PM | SENT |
| Ilan Levin | | ilevin@environmentalintegrity.org | 1/7/2025 4:53:23 PM | SENT |

Associated Case Party: Texas Campaign for the Environment

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Erin Gaines | | egaines@earthjustice.org | 1/7/2025 4:53:23 PM | SENT |
| Michelle Carlos | | mcarlos@earthjustice.org | 1/7/2025 4:53:23 PM | SENT |
| Claire Huebler | | chuebler@earthjustice.org | 1/7/2025 4:53:23 PM | SENT |
| Ilan Levin | | ilevin@environmentalintegrity.org | 1/7/2025 4:53:23 PM | SENT |

Associated Case Party: S.DianeWilson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kim McBride on behalf of Derek Seal
Bar No. 797404
kmcbride@mcginnislaw.com
Envelope ID: 95960789
Filing Code Description: Letter
Filing Description: Letter
Status as of 1/7/2025 5:04 PM CST

Associated Case Party: S.DianeWilson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ethan Siegel | | esiegel@trla.org | 1/7/2025 4:53:23 PM | SENT |
| Karis Adams | | karisadams@trla.org | 1/7/2025 4:53:23 PM | SENT |